HONORABLE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LUKE MILLER, | |
| Plaintiff, | No. C08-5262JKA |
| vs. | STIPULATION FOR ORDER OF DISMISSAL |
| THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Delaware Corporation, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective undersigned attorneys, that the above-captioned cause of action has been settled and should be dismissed with prejudice and without cost to either party.

DATED this 20th day of August, 2009

**Montgomery Scarp MacDougall, PLLC**       **Thornton Mostul, PLLC**

 s/Bradley Scarp                                             s/Mark Mostul
Bradley Scarp, WSBA No. 21453                George Thornton, WSBA No. 8198
Tobias Kammer, WSBA No. 34578             Mark Mostul, WSBA No. 13257
Of Attorneys for defendant                        Of Attorneys for plaintiff
1218 Third Avenue, Suite 2700                  1000 Second Avenue, Suite 3310
Seattle, WA 98101                                      Seattle, Washington 98104
(206) 625-1801                                            (206) 621-0600
brad@montgomeryscarp.com                   GTLAW@SEANET.COM
kelsey@montgomeryscarp.com                mark@nwrrlaw.com

STIPULATION FOR ORDER OF DISMISSAL - 1

**MONTGOMERY SCARP MACDOUGALL, PLLC**
1218 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | **ORDER** |
| 4 | Based upon the foregoing stipulation, it is ORDERED that the above-entitled cause is |
| 5 | hereby dismissed with prejudice and without cost to either party. |
| 6 | |
| 7 | DATED this 24th day of August, 2009. |

          */s/ J. Kelley Arnold*
          Honorable J. Kelley Arnold
          United States Magistrate Judge

STIPULATION FOR ORDER OF DISMISSAL - 2

**MONTGOMERY SCARP MACDOUGALL, PLLC**
1218 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807